FILED

JAN - 5 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff  Lowell Q. Green #518622

Case No. SA23CA0028 XR

v.

Defendant  Robert L. Pitman, et al.

_____

Please See Complaint Attached

1. 5th Cir. 22-20131 (Oct. 2022)   Page 1 of 16
UNITED STATES DISTRICT COURT ⊕ FOR THE WESTERN
DISTRICT OF TEXAS. WACO DIVISION. ~~correct district~~
Mr. <u>Carl E. Stewart</u> (entertained) Lowell Quincy Green,
No. 4:20-cv-02585 (S.D. Tex. Houston) v. Bobby
Lumpkin, Director. Before Hon. Lynn N. Hughes,
Magistrate Judge Peter Bray. WR-82,981-11,

2. <u>State</u> Habeas Corpus. Art. 11.07 Tri.Ct. No. 2012-1902,
54th District Court of McLennan County, Texas,
Judgment September 16, 2013. Aggravated
Robbery with a Deadly Weapon, to wit:
"a Firearm" or "BB Handgun" (Double
Jeopardy) April 10, 2012. Grand Jury
("Acquittal") was Final Authority.

FRAUD ③ FRAUD

(4) (WR-82,981-03)(6:15cv-366) Robert
~~O~~ L. Pitman (violated) Fifth Amend-
ment. 16-51098 he lied to his sup-
erior's and he is sued. 6:19-cv-018,
with Alan D. Albright and Lee Ann Diaz
$7.25 Million Dollars. The FBI Have

Page 1. See other side

Page 2 of 16

Jurisdiction. 28 C.F.R. §16.31 Act of United States Congress. United States President. Art. II. §3 of the Constitution the Constitutional authority to "Take Care that the laws [are] Faithfully executed" is a substantive matter textually committed in the Constitution to the executive branch. U.S. Const. art. II. §3. United States v. Humm, 659 F.2d 624, 628. (5th Cir. 1981)(en banc), ~~[scribbled out]~~,

4) 17-50690 Green v. State of Texas Government, City of Waco, McLennan County, Judge Matt Johnson, Dist. Atty Abel Reyna, Landon Ramsey, Brandon Luce, Public Defender Lawrence E. Johnson. (2012-790-C21 illegal Plea-Bargain (25) years. NO. 6:16cv-419 (W.D. of ed. Robert L. Pitman) Feb. 13. 2017;

5) Green v. State. NO. 10-16-00439-CR (Waco Jan. 11. 2017)(en banc) "NO" DEADLY WEAPON

Page 2

Finding, IN THE JUDGMENT, September 16, 2013,
(a) Judge Matt Johnson violated Federal law. 18 USC §242. NO ENHANCEMENT ON THE (VOID) Cause No. 2012-740-C2 April 18, 2012, $450,000 Bond,

(b) Appointment of Lawrence E. Johnson April 18, 2012, 801 Washington Ave #400 Waco, Texas 76701, STATE BAR NUMBER 10763800 Cause no. 2012-790-C2 c.

On or about March 19, 2012, Lowell Quincy Green did then and there while in the Course of Committing theft of property "(omitted)" Silver Toyota Camry 4 Door Automobile, License Plate Number BL6M528, Texas Plates, License, Year 2013, Automobile Year 2008, Vehicle Identification Number 4TLBE4KN8253711. March 19, 2012, Complaint offense NO. 12-5431. Anastasia Collier Mission Waco Apartments 6:30 AM 1800 BLK WASHINGTON AVE WACO, TEXAS. Cause No. 2012-790-C2 April

Page 3. See other side

19, 2012 and with intent to obtain or maintain control of property, intentionally or knowingly threatened or placed Anastasia Collier in fear of imminent bodily injury or death,

(7) " (omitted)" obtain [and] maintain, control of property. (value) of the property with the intent to deprive the owner Anastasia Collier of the property without the "effective consent" intentionally [and] knowingly caused (Serious Bodily Injury),

(8) Cause NO. 2012-740-C2 April 18, 2012 Lowell Quincy Green did then and there used or exhibited a deadly weapon, to-wit:

(9) a firearm or BB Handgun. Aggravated Robbery. Tex. Penal Code Ann § 29.03. Against the Peace and Dignity of the State.

(10) Abel Reyna McLennan County Criminal District Attorney. Prosecutor Brandon Luce. STATE BAR NUMBER 24049236 (TREASON) Perjury. The United States Constitution Fourth Amendments "mandate" NO WARRANT SHALL

Page 4.

Page 5 of 16

Be Issued Except upon A Showing of "Probable Cause" to a Judicial Officer. See 8 Moore, Federal Practice 3.05 (2d ed 1969) U.S. v. Senak, 477 F.2d 304, Gerstein v. Pugh, 420 U.S. 103 (1975) Appeal and Error §1334 - Court of Appeals' judgment - extent of Supreme Court review 20a, 20b. SYLLABUS (a) The prosecutor's assessment of probable cause standing alone does not meet the requirement of the Fourth Amendment and is insufficient to justify restraint of liberty pending trial.

11. John Finch Waco Police Officer, Jason Davis, Gary Hiatt, Rondell Blantche, Craig Stone, Erin Newton, D. Adams, C. Matthews, A. O'Neal, M. Alston, #12-5431. Rhonda Spradlin (Primary) Officer, Sgt. Gary Vaughn, Detective Manuel Chavez, Detective Kristina Woodruff. March 19, 2012 6:30 A.M.

Page 5. See other side.

12. Witness Loth Wise Landlord Mission Waco Apartment, did not see Lowell Quincy Green commit any crime. Lowell Quincy Green is a Member of Church Under the Bridge, which Mission Waco Church 1315 N. 15th Street Waco, Texas. No. 12-5431 (Cause 2012-790-22)

13. Witness Orlin Delgado 1200 BLK Trice Ave Waco, Texas 9:30 A.M. 911 (Abandon) Automobile "behind my house in the east alley". Complaint # 12-5431. Waco Police officer Fayedi Gbolahan (Discovered) (Cause no. 2012-790-22) C ADE # 126790035 Supplemental 0005 Crime Scene Joyce Mirell STATE'S EXHIBITS # 24 DNA HEB Root Beer (SWAB) HIT.

14. Witness Lorrina Mae Carrather 1315 N. 15th Street Mission Waco-Meyer Center March 19, 2012 6:30 AM sitting at the Breakfast Table with Lowell Quincy Green, aka "Shane". We Left @ in his "Gold Jeep Cherokee Limited" and drove to 2408 Ethel Ave Apt. A Waco, Texas 76707. Residence of Lowell Quincy Green,

#12-5431 (Cause no. 2012-790-2).

15. March 21, 2012 Anastasia Collier and Lowell Quincy Green at Mission Waco Meyer Center Together and Anastasia Collier purchased (6) $20.00 Rocks of Crack Cocaine, on "Credit". Detective Kristina Woodruff on Location: But Lowell Quincy Green was gone. Anastasia Collier claimed Lowell Quincy Green (Robbed) her March 19, 2012 at gun-point "Black Firearm" Complaint #12-5431 (Cause no. 2012-790-2) April 18, 2012, 0 ✓ BB Handgun. Det. Kristina Woodruff, "Reason" (Perjury) False Charge Filed March 27, 2012 Magistrate Judge Martin (ignorance).

16. City Attorney Jennifer Anne Richie was served P.O. Box 2570 Waco, Texas 76702 (WR-82,981-02)(6:15-CV-366)17-51068, (10-16-00434-CR)(6:16-CV-419)17-50690.

17. Abel Reyna, Landon Ramey, Brandon Luce, Represented By Charles D. Olsen, Michael W. Dixon, and

Page 7. See other side

Debrah Walterdorf. Haley Olsen Professional Law Corporation 100 Richie Road Waco Texas, Luca Law Firm 4600 Bosque Blvd ste # 2B Waco, Texas 76710. (2012-790-22) Judgment 25 years. Aggravated Robbery. Tex. Pen Code Ann. § 29.03. FINDING ON DEADLY WEAPON: N/A September 16, 2013. FINDING ON ENHANCEMENTS: N/A OFFENSE DATE: March 19, 2012 (illegal) 25 years

(18) $ 7.25 Million Dollars Contract. Tex. Code of Crim. Proc. Ann. art. 26.13 (a)(2) Plea-Negotiation (Binding) (Double Jeopardy) United States v. Martin Linen Supply Co., 430 U.S. 564, 569 (1977), Menna v. New York, 423 U.S. 61, 62, 63 (1975) n.2. Blackledge v. Perry, 417 U.S. 21, 30 (1974) for the proposition that "Where the State is precluded by the United States Constitution from haling a defendant into court on a charge, federal law requires that a conviction on that

Page 8.

charge. (417 U.S. 21, 30) to be set aside even if the conviction was entered pursuant to a counseled plea of guilty." Menna, 423 U.S. at 62, In Blackledge, the Supreme Court had distinguished between cases where the constitutional error had been <u>Coerced Confessions</u> or <u>tainted indictments</u> and those cases where the constitutional error involved the "<u>right not to be haled into court at all</u>." 417 U.S. at 30, 94 S.Ct. at 2109. Error which may be raised on appeal despite a plea of guilty is, thus, error of a constitutional demension which goes "to the very power of the State to bring the defendant into Court to answer the charge brought

Page 9. see other side

against him." Id. at 30, 94 S.Ct. at 21.03,

(19) 22-20131 (5th Cir. Oct. 2022) (Carl E. Stewart) (lawbreaker) USDC No. 4:20-CV-2585 (Lynn N. Hughes and Peter Bray) Never had (Subject-Matter-or-Personal Jurisdiction) over a (void) indictment April 18, 2012, Cause no. 2012-790-C2 Blackledge, supra.

(20) Defense Expert Firearm or BB Handgun, Cause no. 2012-790-C2 # 12-5431 D. Youngblood. Ms. Henderson, Attorney. Lawrence E. Johnson. $7.25 Million (April 18, 2012) FRAUD ON THE PUBLIC,

(21) Parole officer Lee Wilson. Gina Gilford, and Charles McClesney. McLennan County, Cause No. 2012-790-C2 (Treason) Morrissey v. Brewer, 408 U.S. 471 (1972) $ 7.25 Million Dollars, Parole Board, McLennan County, Texas

(22) McLennan County MHMR (Mental Health) Dr. Baker, Dr. Mark (Incompetency) Dr. Carter, (Insanity) Court Ordered Examinations (Cause no. 2012-790-C2) (void) April

18, 2012 $7.25 Million Dollars September, 07, 2012 Motion To Terminate Lawrence E. Johnson. For FALSE IMPRISONMENT. Judge Matt Johnson (Conspiracy) he denied his own "Treason" without a hearing September 12, 2012 Preserved For Appellate Review Pre-Trial (Pro Se) Motion. Ken Paxton was served Attorney For Judge Matt Johnson (23) ~~Johnson~~. $7.25 Million Dollars (10-1600-434-CR) (6:16-CV-414-RP) 17-50690 (2012-790-C2) WR-82,481-03... WR-82,481-11 (4:20-CV-2586) 22-20131 (5th Cir) (Oct. 2022) Medina v. California, 505 U.S. ~~505~~ 437, 439 (1992)("It is well establish that the Due Process Clause of the Fourteenth Amendment prohibits the criminal prosecution of a defendant who is not Competent to stand trial"). (2012-790-C2) September 16, 2013, (Plea-Bargain) ("a Court cannot accept a guilty plea from

Page 11, see other side

Case 5:23-cv-00028-XR   Document 1   Filed 01/05/23   Page 13 of 17

Page 12 of 16

an individual that is mentally in-competent. Failure to investigate competency is prejudicial if there is a reasonable probability that the defendant was incompetent to plead guilty. Bouchillon v. Collins, 907 F.2d 589-592 (5th Cir. 1990)

29. March 26, 2012 (Kimberly Bitterman) White Female DOB: 09/09/1982 Social Security 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 (POWERLINE XT15 CO2 AIRPISTOL BLACK BB HANDGUN (2012-790-22) Complaint # 12-5431 (2408 Ethel Ave Apt. A Waco, Texas 76707. Detective Manuel Chavez, Detective Kristina Woodruff, Police Officer, Jason Davis, Crime Scene Erin Newton, Craig Stone. City of Waco Animal Control 2032 Circle Road Waco, Texas 76706. Brady v. Maryland 373 U.S. 83 (1963) The Prosecution "withheld" (BB Handgun) See Woodfox V. Cain, 1009 F.3d 774, 802 (5th Cir. 2010)( remedy for Brady

violation typically is new trial),

HOLDING:

(25). OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS P.O. 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 12/8/2022 GREEN, LOWELL QUINKY TR. CT. NO. 2012-790-C2 WR-82,481-18

On this day, the motion for leave to file the original application for writ of Mandamus against Jon R. Gimble District Court clerk of McLennan County, Texas. App- No. 10-16-00434-CR (8/16/2022), and original application for writ of Mandamus has been received and presented to the Court. Deanna Williamson, Clerk

LOWELL QUINKY GREEN CONNALLY UNIT-TDCJ#518622, LOWELL DEQUINCY GREEN (F8947008HK)(VOID) 30 Years Aug. 10, 1989. Green v. State, 05-89-01170-CR (Tex. App- Dallas June 11, 1990) affirmed, and PDR-0592-90 (Dec. 12, 1990) refused, WR-82,481-07 (April 25, 2018) 3:18-CV-1459 (Barbara M.G. Lynn, Rebecca T. Rutherford)

Page 13. See other side

Document 21 (2012-790-22) Oct. 15, 2018. They "Willfully" Committed "TREASON 19-10322(5th Cir. on May 23, 2019)(F89-97008-IAT) DISCHARGED,

(26) Kidnapping is a Federal Crime. WR-82,981-18 (Tr. Ct. No. 2012-790-22, 10-16-00439-R (WACO December 08, 2022) Court of Criminal Appeals, and CONNALLY UNIT-TDCJ#518622 899 FM 632 KENEDY, TX 78119 December 20, 2022) Mailroom Warden Vernet Davis, Warden Roger Bargh, Warden Puentes, Warden Phonso Rayford, Parole Counselors, Unit Classification, Sgt. Hiaman, Disciplinary Capt. "Unknown", Disciplinary Substitute Counsel "Unknown", Officer Armador, Sgt. Milton, Sgt. Merry, Capt. Woofford, Unit Safe Prison Sgt. Martinez, Unit Internal Affairs,

(27) Huntsville O.I.G. KDS1775 Complaint # 2100006853/ FALSE IMPRISONMENT / was Filed May 21, 2021 Polunsky Unit (3:20-cv-02768)(N.D.Tex.Dallas, WR-82,981-13) F89-

97008-HT. State's A & B (A. Joe Fish and David L. Horan) "Treason" under Art. VI Oath. Complaint # 21000 6853. Police will testify before Congress, FBI ~~ ~~ Scott A. Ruup. 28 C.F.R. 816.30-816.34. Texas Arrest Criminal File (F89-97008-HT) 2012-790-22) (3:20-CV-02768) (2908 2027) (Sam Cummings) (2012-790-22) Time Sheet Parole 2050 (Treason) Federal judges running afoul of Congress Rule of Law. "blind" leading the "blind" to their "Own" retirement due to BAD Behavior. WR-82,981-10 Tr. Ct. 2012-790-22.

28) (Public Defender) Lawrence E. Johnson. "Dead" as a Doorknob. ~~ ~~ Cov-19 December 2020 (4:20-cv-2585), 22-20131, But his Contract is in, WR-82,981-03 (2012-790-22) (6:15CV-366) (Robert L. Pitman "hands") 42 USC §1983

Page 15. See Other Side

Green v. State. No. 6:16-cv-419-RP. $7.25 Million Dollars. (16-51098)(17-50691) (Green v. Pitman No. 6:19-cv-018-ADA) Contempt-of-Oath. 42 USC § 9613 (a)(2) I DEMAND MY MONEY. MY INDICTMENT (Jeannett Clack) will be charged with (RICO) aiding Robert L. Pitman. EXHIBIT $63.00 Shall be paid by Robert L. Pitman, Federal Court Fees $2,176.00 Robert L Pitman. State Court Fee $980.00 Robert L. Pitman. Indigent Supplies $2,000.00 + Robert L. Pitman. Shall remove all (illegal) strikes. NOW. 1/2/2023

I declare and verify under penalty of perjury that the foregoing information is true and correct. Executed January 2, 2022  /s/ Lowell Green

(HOSTAGE) is a Crime

Lowell Q. Green #518622
Connally Unit 899 FM 632
Kenedy, TX 78119

Page 16.